IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PEGGY HOOD                                                            PLAINTIFF

v.                              CASE NO. 1:11CV00036 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                        DEFENDANT


## JUDGMENT


Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff,

reversing the decision of the Commissioner and remanding this case for further evaluation

consistent with the findings of the Court.

SO ADJUDGED this 27th day of August, 2012.


_____
UNITED STATES MAGISTRATE JUDGE