IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


PEGGY HOOD                                                              PLAINTIFF

v.                              CASE NO. 1:11CV00036 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                          DEFENDANT



<u>ORDER</u>

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #15). In the motion, Plaintiff requests $2,672.97 in fees and other expenses. The Commissioner submits that Plaintiff has requested a reasonable award of EAJA fees and expenses for the services rendered in this case and does not object. Therefore, Court hereby finds that the motion is GRANTED.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, Plaintiff is awarded $2,672.97 in fees and expenses.

IT IS SO ORDERED this 2nd day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE